PAGE W. TALBOTT, Respondent, *v.* JEROME DE WITT et al., as Executors of WILLIAM A. TYLER, Deceased, Appellants.

*Talbott* v. *De Witt*, 119 App. Div. 928, affirmed.
(Argued March 31, 1909; decided April 27, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered September 11, 1907, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to enforce an alleged contract by the terms of which defendants' decedent agreed to bequeath a certain sum to the plaintiff.

*Stephen C. Millard* for appellants.

*Harvey D. Hinman* and *Burr W. Mosher* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.

---

WILLIAM T. LAING, Respondent, *v.* PELTON WATER WHEEL COMPANY, Appellant.

*Laing* v. *Pelton Water Wheel Co.*, 122 App. Div. 677, affirmed.
(Argued March 31, 1909; decided April 27, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 26, 1907, modifying and affirming as modified a judgment in favor of plaintiff entered upon the report of a referee in an action to recover a balance alleged to be due on a contract of sale.

*Frederick E. Anderson* for appellant.

*Benjamin N. Cardozo* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.